IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIM. ACTION NO. 6:09CR53 |
| RONALD JACK EDWARDS | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of a petition claiming an interest in property in this case has been presented for consideration. The Report and Recommendation recommends that the Petition of Van Zandt County, Texas, et al., for Adjudication of Interest in Property 1805 VZ CR 4614, Ben Wheeler, Texas (document #280) be dismissed and that a Final Order of Forfeiture be entered as agreed to by the parties in their Stipulation. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Petition of Van Zandt County, Texas, et al., for Adjudication of Interest in Property 1805 VZ CR 4614, Ben Wheeler, Texas (document #280) is **DISMISSED** as resolved. As agreed to by the parties, the interest of Van Zandt County, Texas, and Van Independent School

District in the property located at 1805 VZ CR 4614, Ben Wheeler, Texas, is valid and the Government shall pay the ad valorem taxes assessed on the property through the date of a final order of forfeiture together with interest as allowed by law.

**So ORDERED and SIGNED this 16th day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**